IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **FLYGRIP, INC.,**<br>         **Plaintiff,**<br><br>   *v.*<br><br>**AMAZON.COM, INC., COGHLAN FAMILY ENTERPRISES LLC, and BENJAMIN TILLINGHAST**<br>         **Defendants.** | 6:21-cv-1081-ADA |

## ORDER GRANTING SEVERANCE AND TRANSFER

Pursuant to the U.S. Court of Appeals for the Federal Circuit's order granting Amazon.com, Inc.'s ("Amazon") Petition for Writ of Mandamus, ECF No. 65, this Court hereby **GRANTS** Amazon's motion to sever the claims against Coghlan Family Enterprises LLC ("CFE") from the claims against Amazon, ECF No. 28, and **GRANTS** Amazon's partial motion to transfer the claims against Amazon to the United States District Court for the District of Colorado. ECF No. 30.

It is therefore **ORDERED** that:

1. The Clerk of Court shall sever the claims involving CFE and Benjamin Tillinghast.
2. The Clerk shall transfer the claims against Amazon to the United States District Court for the District of Colorado.

SIGNED this 16th day of December, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1